United States District Court
for the
Northern District of Georgia
Atlanta Division



JAMES A. MARTIN

_____

Plaintiff,

v

Case Number: 1:21-CV-0449-MLB

UNITED AIRLINES INC. and

PROSECT AIRPORT SERVICES INC.

_____

Defendant,

NOTICE OF FILING EXHIBIT & WITNESS LIST

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Georgia

James A Martin
Plaintiff

v.

United Airlines Inc.,
and
Prosect Airport Services Inc.,

**EXHIBIT AND WITNESS LIST**

Case Number: 1:21-cv-00449-MLB

| PRESIDING JUDGE Hon. Michael L. Brown | | | PLAINTIFF'S ATTORNEY James A Martin Pro se | | | DEFENDANT'S ATTORNEY Elliot Strader |
|---|---|---|---|---|---|---|
| TRIAL DATE(S) 12/11/2023 | | | COURT REPORTER | | | COURTROOM DEPUTY Ms. Kelley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Aisle chair (demo of transfer procedure) |
| 2 | | | | | United Airlines CCTV of reporting incident |
| 3 | | | | | email- follow up with Jhanelle Kendal |
| 4 | | | | | pic of right foot castedin E/R |
| 5 | | | | | Douglasville E/R medical records 5/9/2019 |
| 6 | | | | | Pic of lunchdate visitors passes |
| 7 | | | | | Pic of sneaker collection |
| 8 | | | | | Pic of attendance at Grandson 1st Graduation / (r) foot casted |
| 9 | | | | | Report of wheelchair replacement via Delta |
| 10 | | | | | Email statements from Elliot Strader 7/6/2020 |
| 11 | | | | | Email statements from Elliot Strader 8/16/21 |
| 12 | | | | | Woundcare medical records from Peidmont w/c/ 8/2021-1/2022 |
| 13 | | | | | Email Elliot Strader4/20/2022 |
| 14 | | | | | United Airlines CCTV 10/3/2022 |
| 15 | | | | | Clayton County Detention Center wristband 10/3/2022 |
| 16 | | | | | Aisle chair (demo of transfer procedure) |
| 17 | | | | | United Airlines Flight Crew flight # 3489 5/6/2019 |
| 18 | | | | | Debra Blackman (Testimony) |
| 19 | | | | | James A Martin Jr. (Tesstimony) |
| 20 | | | | | Jada Martin (Testimony) |
| 21 | | | | | Methius Turney United Airlines Rep. |
| 22 | | | | | Jhanelle Kendal United Airlines Rep |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Georgia

James A Martin
Plaintiff

V.

United Airlines Inc.,
and
Prosect Airport Services Inc.,

**EXHIBIT AND WITNESS LIST**

Case Number: 1:21-cv-00449-MLB

| PRESIDING JUDGE Hon. Michael L. Brown | | | | | PLAINTIFF'S ATTORNEY James A Martin Pro se | DEFENDANT'S ATTORNEY Elliot Strader |
|---|---|---|---|---|---|---|
| TRIAL DATE(S) 12/11/2023 | | | | | COURT REPORTER | COURTROOM DEPUTY Ms. Kelley |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 23 | | | | | APD Lt. Bighon (Testimony) | |
| 24 | | | | | APD Sgt. Wilkes (Testimony) | |
| 25 | | | | | APD Ofc. Beasley (Tesimony) | |
| 26 | | | | | APD Ofc. Farrell (Testimony) | |
| 27 | | | | | APD bodycam #220908032 | |
| 28 | | | | | Clifford Blake (Testimony) | |
| 29 | | | | | Jeffrey Polk (Testimony) | |
| 30 | | | | | Brooklyn Martin (Testimony) | |
| 31 | | | | | Brylyn Martin (Testimony) | |
| 32 | | | | | Pic of (r) foot infected | |
| 33 | | | | | Email to Jhanelle Kendal 3/31/2022 | |
| 34 | | | | | Pic of home health equipment (Massage table) | |
| 35 | | | | | Pic of home health equipment (remote cycling machine) | |
| 36 | | | | | Pic of home health equipment (leg compression sleeve) | |
| 37 | | | | | Pic of home health equipment (standing frame) | |
| 38 | | | | | Pic of home health equipment (electrical stem system) | |
| 39 | | | | | Pic of home health equipment (resistant bands) | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages