IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

James Martin,

          Plaintiff,

v.                                 Case No. 1:21-cv-449-MLB

Prospect Airport Services, Inc. and
United Airlines, Inc.,

          Defendants.

_____/

## JUDGMENT ON DIRECTED VERDICT

This action having come before the Court for trial by jury and the Court having granted Defendants' Motion for Judgment as a Matter of Law (Dkt. 80) and the Court having entered judgment in favor of Defendants on January 24, 2024, it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendants Prospect Airport Services, Inc. and United Airlines, Inc. and against Plaintiff James Martin, that Plaintiff James Martin take nothing, and that Defendants Prospect Airport Services, Inc.

-2-

and United Airlines, Inc. recover their costs of this action. Post-trial motions, including motions for attorneys' fees, are due as stated by the Court.

Dated at Atlanta, Georgia, this 24th day of January, 2024.

KEVIN P. WEIMER, Clerk of Court

By:   s/Jessica Kelley
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 24, 2024
Kevin P. Weimer
Clerk of Court

By: s/Jessica Kelley
      Deputy Clerk